**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| DIANA UNRUH, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 4:16-cv-3600 |
| v. | § | |
| | § | JURY |
| ALLSTATE TEXAS LLOYD'S, | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 60 days from today, upon which time Plaintiff and Defendant will file the appropriate dismissal documents with the Court. Accordingly, the parties ask the action, including any upcoming deadlines, be abated.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

  */s/ Jay Scott Simon*
Jay Scott Simon
State Bar No. 24008040
Federal Bar No. 31422
jsimon@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone: (713) 403-8210
Facsimile: (713) 403-8299

**ATTORNEYS FOR DEFENDANT
ALLSTATE TEXAS LLOYD'S**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on the 25th day of May, 2017, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure:

Jesse S. Corona
THE CORONA LAW FIRM, PLLC
521 N. Sam Houston Pkwy E., Ste. 420
Houston, Texas  77060
E-Mail:  jesse@thecoronalawfirm.com


    _/s/ Jay Scott Simon_
Jay Scott Simon