Case 4:16-cv-03600 Document 12 Filed in TXSD on 06/22/17 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 22, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIANA UNRUH, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 4:16-cv-3600 |
| v. | § | |
| | § | JURY |
| ALLSTATE TEXAS LLOYD'S, | § | |
| | § | |
| *Defendant.* | § | |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff DIANA UNRUH, and Defendant, ALLSTATE TEXAS LLOYD'S Agreed Motion for Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against all Defendants are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS FURTHER ORDERED any relief not specifically granted herein is hereby denied.

IT IS SO ORDERED.

Signed on this the 22nd day of June, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

2737724v1
03646.806

**AGREED:**

_____
Jesse S. Corona
State Bar No. 24082184
Federal No. 2239270
jesse@thecoronalawfirm.com
THE CORONA LAW FIRM, PLLC
521 N. Sam Houston Pkwy E., Suite. 420
Houston, TX  77060
Telephone:  (281) 882-3531
Telecopy:  (713) 678-0613

**ATTORNEYS FOR PLAINTIFF**


*/s/ Jay Scott Simon*
_____
Jay Scott Simon
State Bar No. 24008040
Federal No. 31422
jsimon@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, L.L.P.
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8216
Facsimile:  (713) 403-8299

**ATTORNEYS FOR DEFENDANTS**